ORRIN SCHOONOVER, an Infant, by his Next Friend, *vs.* WILLIAM
SPARROW.

May 11, 1888.

**Parent and Child—Minor Child's Suit for Wages.**—The plaintiff, a mi-
nor, was employed by defendant, and rendered service for him upon his
own account. It did not appear, either from the pleadings or evidence,
that his father contracted for or made any claim to his wages, though he
knew of his employment. *Held,* that plaintiff was entitled to recover.

Appeal by plaintiff from a judgment of the district court for Dodge
county, *Buckham,* J., presiding, reversing a judgment of a justice of
the peace, on an appeal on questions of law alone.

*Robert Taylor,* for appellant.

*Geo. B. Edgerton,* for respondent.

VANDERBURGH, J. The action was for work and labor performed
by plaintiff, who is a minor. The answer takes issue upon the value
thereof, and alleges payment to the plaintiff of the sum of $8.50,
which defendant claims to be their full value. The only question of
fact litigated was the reasonable value of the services. It does not
appear that the services were contracted for by the father, or that he
made any claim to the money due for them, though he was present
and gave evidence at the trial, and of course knew that the services
had been rendered, and that his son had received part-payment. The
evidence, which was not disputed, also tended to show that plaintiff had
worked for wages in that neigborhood four years; and the defendant,
who dealt with the son directly, raised no issue in his answer in re-
spect to plaintiff's right to recover what the services were reasonably
worth. If the question had been raised by the pleadings, it would
have been for the jury to determine whether the father had not waived
his claim, under the circumstances. We hardly think the defendant
would have been willing to concede that the plaintiff's father could
have recovered from him the amount which he had already paid the
son. *Atkins* v. *Sherbino,* 58 Vt. 248, 252; *Whiting* v. *Earle,* 3 Pick.
201, (15 Am. Dec. 207;) *Armstrong* v. *McDonald,* 10 Barb. 300;

*O'Neil* v. *Chicago, etc., Ry. Co.*, 33 Minn. 489, (24 N. W. Rep. 192.)

Judgment of the district court reversed, and that of the justice affirmed.